# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| NOAH J. MCCOURT, | Case No. 18-CV-1649 (JRT/DTS) |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| CARVER COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

In an order dated June 19, 2018, this Court noted several problems with plaintiff Noah J. McCourt's complaint.  *See* ECF No. 3 (citing 28 U.S.C. § 1915(e)(2)(B)(ii)). McCourt was given 20 days in which to correct these problems by filing an amended complaint, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and McCourt has not yet filed an amended complaint as previously ordered.  In fact, McCourt has not communicated with the Court about this case at all since commencing this action.   Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute.  *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

1

RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT

PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated:   July 18, 2018             *s/ David T. Schultz*
                                   DAVID T. SCHULTZ
                                   United States Magistrate Judge


**NOTICE**

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).