# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| NOAH J. MCCOURT, | Civil No. 18-1649 (JRT/DTS) |
| Plaintiff, | |
| v. | |
| CARVEY COUNTY SHERIFF'S DEPARTMENT, | **ORDER** |
| Defendant. | |

Noah J. McCourt, 33 W Lake St., 404, Waconia, MN 55387, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation on July 18, 2018. (Docket No. 4) No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 6, 2018
at Minneapolis, Minnesota

                                                 s/John R. Tunheim
                                                 JOHN R. TUNHEIM
                                                 Chief Judge
                                                 United States District Court